IN THE DISTRICT COURT OF THE SIXTH JUDICIAL DISTRICT
OF THE STATE OF IDAHO IN AND FOR THE
COUNTY OF BANNOCK, MAGISTRATE DIVISION

FILED
BANNOCK COUNTY
CLERK OF THE COURT
2009 AUG -7 AM 9: 36
BY _____
DEPUTY CLERK

| | |
|---|---|
| STATE OF IDAHO, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CR 2009-8736 MD |
| DARLENE PYEATT, | ) ORDER APPOINTING PUBLIC DEFENDER |
| Defendant. | ) |

The above-matter was scheduled for a Court Trial on August 6, 2009. After reviewing Defendant's files, the Court deems it necessary for Defendant to be appointing counsel to assist in her defense.

IT IS HEREBY ORDERED the Bannock County Public Defenders Office is hereby appointed as counsel for Defendant Darlene Pyeatt.

IT IS SO ORDERED.

DATED this 7th day of August 2009.

_____
STEVEN A. THOMSEN
Magistrate Judge

Copies to:
   City Prosecuting Attorney, Courthouse Drop Box
   Public Defenders Office, Courthouse Drop Box
      DALE HATCH, Clerk of the District Court
      By    Rosie McBride
            Deputy Clerk

1

IN THE DISTRICT COURT OF THE SIXTH JUDICIAL DISTRICT OF THE STATE OF IDAHO
IN AND FOR THE COUNTY OF BANNOCK, MAGISTRATE DIVISION

STATE OF IDAHO,
Plaintiff,

vs.

Darlene Pyatt
Defendant

CASE NO. CR-2009-11195-MD
CR-2009-11052-MD
CR-2009-10596-MD
CR-2009-9048-MD
CR-2009-8736-MD

PRE-TRIAL STIPULATION and ORDER

[ ] The Defendant will plead guilty as charged
  If the Defendant signs this document indicating he will PLEAD GUILTY, he hereby agrees that he does so with full knowledge of his constitutional and statutory rights, including the possible consequences of said plea, and that he WAIVES said rights, including the right to counsel, if applicable

[ ] The State moves to dismiss the charges because: _____

[ ] The Parties have entered into the following plea agreement:
  Charge 1: _____ I.C.§ _____
  Amended to: _____ I.C.§ _____
  Charge 2: _____ I.C.§ _____
  Amended to: _____ I.C.§ _____
  Charge 3: _____ I.C.§ _____
  Amended to: _____ I.C.§ _____

[✓] COURT TRIAL is set for: reset _____ at _____ M.
  (BOTH PARTIES expressly waive a jury trial.)

[ ] JURY PRE-TRIAL is set for: _____ at _____ M.

[ ] JURY TRIAL is set for: _____ at _____ M.

[ ] MOTION TO SUPPRESS: _____ at _____ M.

[ ] SENTENCING: _____ at _____ M.
  Defendant must obtain: [ ] Alcohol Evaluation [ ] Court Information Form. Both must be returned 7 days prior to Sentencing. The Prosecuting Attorney is NOTIFIED TO APPEAR at sentencing if restitution is required or if the victim desires input.

[✓] OTHER: continue ct trial, △'s attorney is requesting competency evaluation to be completed before next trial date. ~~△ waives speedy trial.~~ and △'s attorney is requesting a continuance of today's trial date

THE DEFENDANT IS NOTIFIED:
[X] If you fail to appear at the time set for any further proceedings, any bond posted may be forfeited and a warrant may be issued for your arrest.
[X] Recommendations by the Prosecutor on sentencing are not binding on the Court.

DATED 8/26/09

_____      _____
Defendant                      Prosecuting Attorney

Approved by (if any) _____
              Attorney for Defendant

IT IS SO ORDERED
                                    _____
                                    STEVEN A. THOMSEN, MAGISTRATE JUDGE

IN THE DISTRICT COURT OF THE SIXTH JUDICIAL DISTRICT
OF THE STATE OF IDAHO IN AND FOR THE
COUNTY OF BANNOCK, MAGISTRATE DIVISION

FILED
BANNOCK COUNTY
CLERK OF THE COURT
2009 AUG 31  AM 11: 54
DEPUTY CLERK

| STATE OF IDAHO, | ) | Case No. | CR 2009-11195 MD |
| --- | --- | --- | --- |
| Plaintiff, | ) | | CR 2009-11052 MD |
| | ) | | CR 2009-10596 MD |
| v. | ) | | CR 2009-9048 MD |
| | ) | | CR 2009-8736 MD |
| DARLENE PYEATT, | ) | MINUTE ENTRY & ORDER | |
| Defendant. | ) | | |

The above-entitled matters came before the Court on August 26, 2009. Defendant appeared in person and counsel, Tawyna Haines. Counsel and Defendant met with the Court in chambers.

Defendant does not want a public defender and is refusing to cooperate with such public defender. Based upon Defendant's statements and discussions with the two parties, Tawnya Haines and the Public Defenders Office are hereby released as counsel from any all cases presently before the Court.

IT IS SO ORDERED.

DATED this 31st day of August 2009.

_____
STEVEN A. THOMSEN
Magistrate Judge

Copies to:
  City Prosecuting Attorney, Courthouse Drop Box
  Tawnya Haines, Public Defenders Office, Courthouse Drop Box
      DALE HATCH, Clerk of the District Court
      By    Rosie McBride
            Deputy Clerk

1

RELIEF SECTION

Petitioner asks this HONORABLE COURT for relief in moving this criminal State court case to Federal Court as it is not in the City of Pocatello, the County of Bannock, and the State of Idaho's desired interests to allow her to go to trial. Petitioner asks for relief in removing this criminal States court case to Federal Court so she may testify, argue, and submit evidence at trial, with counsel, and therein take one small step at dismantling a sixty year old telecommunications weapon system that allows stalking, cowardly perpetrators to hide under an invisible cloak while stealing so many lives, and causing the surgeon's scalple to unnecessarily remove painfully inflamed organs, tissues and glands, to daily humiliate thousands of innocent persons who cannot control bodily functions in the presence of this weapon, and who howl with laughter while making a mockery of the judicial process.

Petitioner asks for relief in not being forced to submit to court order psychological evaluation and mental restraint. That the order for psych. eval. be overruled.

Petitioner respectfully asks the HONORABLE COURT for relief in overlooking any error or omission she may have made in this NOTICE TO REMOVE for the good cause of not having had the opportunity of counsel, or until such time as she may be appointed counsel.

Petitioner asks for relief in being appointed counsel.

WHEREFORE, Petitioner/Defendant, Darlene Pyeatt respectfully moves this Hon. Court for judgement removing criminal cases: CR2009-8736, CR2009-9048MD, CR2009-10596MD, CR2009-11052MD, and CR2009-11195MD from the District Court of Bannock County to the United States District Court.

Under penalties as provided by law, the undersigned certifies that the statements set forth in this instrument are true and correct.

Dated: February 9, 2010

_____
Darlene Pyeatt
Petitioner/Defendant

Mailing address:
General Delivery
Pocatello, Id. 83201

Home address:
723 W. Lewis #204
Pocatello, Id.

CERTICICATE OF SERVICE

I certify I served a copy to:

State of Idaho prosecutor
Nancy Ferris

Bannock county courthouse

Pocatello, Id. 83201                [X]   By drop box

Date: February 9, 2010            _____
                                  Darlene Pyeatt
                                  Petitioner/Defendant